FILED
6/23/2015 12:59:27 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

## NO. <u>PR-10-00865-2</u>

| | | | |
|---|---|---|---|
| **IN THE GUARDIANSHIP OF** | § | **IN THE PROBATE COURT** | FILED IN<br>COURT OF APPEALS |
| | § | | |
| **NY'DIA SIMMONS,** | § | **NUMBER 2** | AUG 0 7 2015 |
| | § | | |
| **AN INCAPACITATED PERSON** | § | **DALLAS COUNTY, TEXAS** | LISA MATZ<br>CLERK, 5th DISTRICT |

### <u>SONJA Y. WEBSTER'S NOTICE OF APPEAL</u>

Respondent, Sonja Y. Webster, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number, and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on April 2, 2015.

Sonja Y. Webster desires to appeal the Order Appointing Coguardian of the Person and Modifying Rights of Sonya Y. Webster.

This appeal is being taken to the Fifth Court of Appeals.

This notice is being filed by Sonja Y. Webster.

Respectfully submitted,

WISENER NUNNALLY ROTH, LLP

By: /s/ Jacob Higgins
     Jacob R. Higgins
     Texas Bar No. 24084313
     Email: jacob@wnrlaw.com
     245 Cedar Sage
     Suite 240
     Garland, Texas 75040
     Tel. (972) 530-2200
     Fax. (972) 530-7200
     Attorney for Plaintiff
     Sonja Y. Webster

Notice of Appeal – Guardianship of Ny'dia Simmons (PR-10-00865-2)
Page 1 of 2


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE